O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Alberto Leyva Medina,<br><br>                              Petitioner,<br><br>                    v.<br><br>Acting Warden,<br><br>                              Respondent. | Case No. 2:26-cv-00955-CAS-DMK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.  The Report and Recommendation is accepted;

2.  Respondent's Motion to Dismiss is granted;

3.  The Petition is dismissed without prejudice.

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: July 9, 2026

_____
Honorable Christina A. Snyder
United States District Judge