JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Alberto Levya Medina,<br><br>                              Petitioner,<br><br>                    v.<br><br>Acting Warden,<br><br>                              Respondent. | Case No. 2:26-cv-00955-CAS-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: July 9, 2026

_____
Honorable Christina A. Snyder
United States District Judge